**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| **In re:** | )**Case No.:** 18-32835 |
| **Kevin Koskela** | ) |
| | )**Chapter:** Chapter 13 |
| | ) |
| **Debtor(s)** | ) |
| | )**Judge:** Honorable Carol A. Doyle |

### NOTICE OF MOTION

**To:**
Kevin Koskela, 1115 W Patterson Ave #3F, Chicago, IL 60613

Vaughn, Tom, Trustee, 55 E. Monroe St # 3850, Chicago, IL 60603

**PLEASE TAKE NOTICE** that on 1/29/19 at 10.30 a.m. I shall appear before the Honorable **Honorable Carol A. Doyle in 219 S. Dearborn St. Courtroom 742, Chicago, IL 60604** and then and there present the attached **MOTION FOR ORIGINAL FEES**, a copy of which is attached hereto.

**By:    /s/ Jonathan D. Parker**
        Jonathan D. Parker, *Attorney for Debtor(s)*

### CERTIFICATE OF SERVICE

I, **Jonathan D. Parker**, hereby certify that a copy of this Notice along with the aforementioned document was served upon the above parties, by depositing the same in the U.S. Mail at 55 E. Monroe St., Chicago, Illinois, 60603, before 5:30 p.m. on **12/28/2018**, except that the Chapter 13 Trustee was served via electronic notice on such date.

**By:    /s/ Jonathan D. Parker**
        Jonathan D. Parker, *Attorney for Debtor(s)*

**Attorneys for the Debtor(s)**
**Prepared by: Jonathan D. Parker**
**Geraci Law L.L.C.**
55 E. Monroe Street #3400
Chicago, IL 60603
(Ph): 312.332.1800      (Fax): 877.247.1960

**Our Client(s) Record # 805282**

| **Information to identify the case:** | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Kevin Michael Koskela** | | | Social Security number or ITIN | **xxx–xx–5208** |
| | First Name  Middle Name  Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | | Social Security number or ITIN | _ _ _ _ |
| | First Name  Middle Name  Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | | Date case filed for chapter 13 | **11/26/18** |
| Case number: | **18–32835** | | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                  12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Kevin Michael Koskela | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1115 W Patterson Ave APT# 3F Chicago, IL 60613 | |
| 4. | **Debtor's attorney** Name and address | Jonathan D Parker Geraci Law L.L.C. 55 E. Monroe St. Suite #3400 Chicago, IL 60603 | Contact phone 312.332.1800 Email: ndil@geracilaw.com |
| 5. | **Bankruptcy trustee** Name and address | Tom Vaughn 55 E. Monroe Street, Suite 3850 Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 11/27/18 |

**For more information, see page 2**

Debtor **Kevin Michael Koskela**                                                                             Case number **18–32835**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 8, 2019 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/11/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/4/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/28/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/29/19** at **10:30 AM** , Location: **219 South Dearborn, Courtroom 742, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 18-32835-CAD
Kevin Michael Koskela                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 1          Date Rcvd: Nov 27, 2018
                              Form ID: 309I           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2018.
db           +Kevin Michael Koskela,   1115 W Patterson Ave,   APT# 3F,   Chicago, IL 60613-3858
27325101     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: CBNA,   Attn: Bankruptcy Dept.,   50 Northwest Point Road,
               Elk Grove Village,IL 60007)
27325111     +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta,GA 30374-0241
27325110     +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen,TX 75013-2002
27325109      Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester,PA 19022
27325103     +US DEPT OF ED/Glelsi,   Attn: Bankruptcy Dept.,   Po Box 7860,   Madison,WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: ndil@geracilaw.com Nov 28 2018 01:46:37     Jonathan D Parker,   Geraci Law L.L.C.,
               55 E. Monroe St. Suite #3400,   Chicago, IL  60603
tr           +E-mail/Text: 341NOTICE@TVCH13.NET Nov 28 2018 01:49:21     Tom Vaughn,
               55 E. Monroe Street, Suite 3850,   Chicago, IL 60603-5764
ust          +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Nov 28 2018 01:47:51     Patrick S Layng,
               Office of the U.S. Trustee, Region 11,   219 S Dearborn St,   Room 873,
               Chicago, IL 60604-2027
27325105     +EDI: AMEREXPR.COM Nov 28 2018 06:28:00     AMEX,   Attn: Bankruptcy Dept.,   Po Box 297871,
               Fort Lauderdale,FL 33329-7871
27325098      EDI: BANKAMER.COM Nov 28 2018 06:28:00     BK OF AMER,   Attn: Bankruptcy Dept.,
               Po Box 982238,   El Paso,TX 79998
27325099     +EDI: CHASE.COM Nov 28 2018 06:28:00     Chase CARD,   Attn: Bankruptcy Dept.,   Po Box 15298,
               Wilmington,DE 19850-5298
27325107     +EDI: DISCOVER.COM Nov 28 2018 06:28:00     Discover FIN SVCS LLC,   Attn: Bankruptcy Dept.,
               Po Box 15316,   Wilmington,DE 19850-5316
27325102     +EDI: HFC.COM Nov 28 2018 06:28:00     HSBC BANK,   Attn: Bankruptcy Dept.,   95 Washington St,
               Buffalo,NY 14203-3006
27325104     +EDI: WFFC.COM Nov 28 2018 06:28:00     WF CRD SVC,   Attn: Bankruptcy Dept.,   Po Box 14517,
               Des Moines,IA 50306-3517
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27325106*    +Chase CARD,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington,DE 19850-5298
27325108*    +Chase CARD,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington,DE 19850-5298
27325100*    +Chase CARD,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington,DE 19850-5298
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2018 at the address(es) listed below:
              Jonathan D Parker   on behalf of Debtor 1 Kevin Michael Koskela ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                             TOTAL: 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Kevin Koskela | ) | BK No.: | 18-32835 |
| --- | --- | --- | --- | --- |
| | | ) | | |
| | | ) | Chapter: | 13 |
| | | ) | Judge: | Honorable Carol A. Doyle |
| | | ) | | |
| | | ) | | |
| | Debtor(s) | ) | | |

## ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:

1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a. any kind of compensation, reimbursement, or other payment, or

    b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

Our Client(s) Record # 805282                                                                     Local Bankruptcy Form 23-1

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00    flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ 0.00    for filing fee paid by the attorney with the attorney's funds

$ 40.00    for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$ 40.00    Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

[X] None
A total of $ 0.00    .


Date of Application:    December 28, 2018          Attorney Signature    /s/ *Jonathan D. Parker*


Our Client(s) Record # 805282                                             Local Bankruptcy Form 23-1

## Expenses

Docket No:        18-32835

Debtor:           Kevin Kosekela

| **Expense:** | **Date incurred:** | **Total Charge:** |
| --- | --- | --- |
| Copies | 11/09/2018 – 12/27/2018 | $25 |
| Postage | 11/09/2018 – 12/27/2018 | $15 |
|  | **TOTAL CHARGE:** | **$40.00** |